IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREN NICHELSON<br><br>Plaintiff,<br><br>v.<br><br>SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY<br><br>Defendant. | CIVIL ACTION NO. 21-1860 |

## ORDER

**AND NOW,** this 20th day of March 2023, upon consideration of Southeastern Pennsylvania Transportation Authority's ("SEPTA") Motion for Summary Judgment [Doc. No. 16], and the responses and replies thereto, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that:

1. SEPTA's Motion for Summary Judgment is **GRANTED IN PART** and **DENIED IN PART.** The Motion is **GRANTED** as to the claims of retaliation for the period before February 13, 2020 and is **DENIED** in all other respects.

2. The parties shall confer and submit a joint status report **within 21 days** as to whether they believe a settlement conference before a magistrate judge, mediation under Local Civil Rule 53.3, or some other form of alternative dispute resolution might be of assistance in resolving the case and, if so, on what form of alternative dispute resolution they agree and by what date they will be prepared to commence such

1

proceedings. The parties may wish to consider whether to consent to proceed to trial before a United States Magistrate Judge.[1]

It is so **ORDERED.**

**BY THE COURT:**

/s/ Cynthia M. Rufe

_____

**CYNTHIA M. RUFE, J.**

---

[1] If the parties consent to the reference of the civil action to a magistrate judge, they should file the form entitled Consent and Reference of a Civil Action to a Randomly Assigned Magistrate Judge, available at http://www.paed.uscourts.gov/documents2/forms/forms-miscellaneous.